UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:24-cv-61260-DPG

**KENNETH STEARS,**

    Plaintiff,

v.

**APPLE INC.,**

    Defendant.

_____/

## **ORDER**

**THIS CAUSE** comes before the Court on Magistrate Judge Panayotta Augustin-Birch's Report and Recommendation on Defendant's Motion to Dismiss (the "Report"). [ECF No. 27]. On, August 19, 2024, Defendant Apple Inc. filed its Motion to Dismiss Plaintiff's Complaint (the "Motion"). [ECF No. 9]. Plaintiff then filed his Response, [ECF No. 10], to which Defendant filed its Reply, [ECF No. 20]. On October 30, 2024, the Court referred the Motion to Judge Augustin-Birch pursuant to 28 U.S.C. § 636(b)(1)(B). [ECF No. 26]. On December 3, 2024, Judge Augustin-Birch issued her Report recommending that the Court grant Defendant's Motion. [ECF No. 27]. The parties have not objected to the Report.

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objections are made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objections are made are reviewed

only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

This Court finds no clear error with Judge Augustin-Birch's well-reasoned analysis and agrees that the Motion should be granted.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Magistrate Judge Panayotta Augustin-Birch's Report and Recommendation on Defendants' Motions to Dismiss, [ECF No. 27], is **AFFIRMED AND ADOPTED** and incorporated into this Order by reference;

2. Defendant Apple, Inc.'s Motion to Dismiss Plaintiff's Complaint, [ECF No. 9], is **GRANTED**;

3. The Complaint, [ECF No. 1], is hereby **DISMISSED without prejudice**;

4. Plaintiff may seek leave to amend his complaint within twenty (20) days of this Order; and

5. This case shall be **ADMINISRATIVELY CLOSED** pending the filing of an amended complaint.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 31st day of December, 2024.

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE